UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Donald and Audrey Miller,

Plaintiffs,

vs.

Richard W. Perkins and Perkins Capital Management, Inc., a Minnesota corporation,

Defendants.

Court File No. Civil 00-768 DWF/AJB

**STIPULATION AND ORDER**

The parties hereby stipulate, through their undersigned counsel, that Defendants Richard W. Perkins and Perkins Capital Management, Inc.may have until April 27, 2000 to answer, move or otherwise respond to the Complaint.

Dated: 11 April 2000, 2000

RAU & FLOYD, P.L.L.P.

By [signature]

Steven E. Rau (#147990)
Paul M. Floyd (#147953)
Kurt B. Glaser (#228886)
925 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402-1312
Telephone (612) 399-0299

FILED APR 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 10, 2000

DORSEY & WHITNEY LLP

By James K. Langdon II

James K. Langdon II (#171931)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone (612) 340-8759

Attorneys for Defendants
Richard W. Perkins and Perkins
Capital Management, Inc.

SO ORDERED.

Dated: 4/19, 2000

Arthur J. Boylan
United States Magistrate Judge