UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Donald and Audrey Miller,

Plaintiffs,

vs.

Richard W. Perkins and Perkins Capital Management, Inc., a Minnesota corporation,

Defendants.

Court File No. Civil 00-768 DWF/AJB

**STIPULATION AND ORDER FOR FURTHER EXTENSION**

The parties hereby stipulate, through their undersigned counsel, that Defendants Richard W. Perkins and Perkins Capital Management, Inc. may have a further extension until May 8, 2000 to answer, move or otherwise respond to the Complaint.

Dated: 25 April, 2000

RAU & FLOYD, P.L.L.P.

By [signature]

Steven E. Rau (#147990)
Paul M. Floyd (#147953)
Kurt B. Glaser (#228886)
925 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402-1312
Telephone (612) 399-0299

Attorneys for Plaintiffs
Donald and Audrey Miller

FILED APR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 24, 2000

DORSEY & WHITNEY LLP

By James K. Langdon

James K. Langdon II (#171931)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone (612) 340-8759

Attorneys for Defendants
Richard W. Perkins and Perkins
Capital Management, Inc.

SO ORDERED.

Dated: 4/27, 2000

Arthur J. Boylan
United States Magistrate Judge