UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Donald and Audrey Miller,

Plaintiffs,

vs.

Richard W. Perkins and Perkins Capital Management, Inc., a Minnesota corporation,

Defendants.

Court File No. Civil 00-768 DWF/AJB

**STIPULATION OF DISMISSAL AND ORDER**

The parties, by and through their respective undersigned counsel, hereby stipulate (a) that this action has been fully and finally resolved; (b) that the Court may therefore dismiss with prejudice the Complaint in its entirety; and (c) that each party shall bear its own costs, including attorneys' fees.

Dated: May 25, 2000

RAU & FLOYD, P.L.L.P.

By [signature]
Steven E. Rau (#147990)
Paul M. Floyd (#147953)
Kurt B. Glaser (#228886)
925 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402-1312
Telephone (612) 399-0299

Attorneys for Plaintiffs
Donald and Audrey Miller

FILED MAY 30 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 25, 2000

DORSEY & WHITNEY LLP

By James K. Langdon II

James K. Langdon II (#171931)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone (612) 340-8759

Attorneys for Defendants
Richard W. Perkins and Perkins
Capital Management, Inc.

**ORDER**

IT IS SO ORDERED.

Dated: 5/30, 2000

DONOVAN W. FRANK
Judge of United States District Court